UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL CHAGOYA, SERGIO CASTANON and NICOLAS CASTANON, <br><br> Plaintiffs, <br><br> v. <br><br> NEW CHICAGO WHOLESALE BAKERY INC. and JULIANA ACHIMAS, individually, <br><br> Defendants. | Case No. 15-CV-2138 <br><br> **Judge Matthew F. Kennelly** <br><br> Magistrate Judge Sheila Finnegan |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Daniel Chagoya, Sergio Castanon and Nicolas Castanon, by and through their attorneys, Caffarelli & Associates Ltd. and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss their claim with prejudice and without assessment of fees or costs. Plaintiffs filed their Complaint on March 11, 2015. The Defendants have not yet served an answer or other responsive pleading.

Dated: June 25, 2015

Alejandro Caffarelli, #06239078
Alexis D. Martin, #06309619
Caffarelli & Associates Ltd.
224 S. Michigan Ave., Ste. 300
Chicago, Illinois  60604
Tel. (312) 763-6880

Respectfully submitted,
DANIEL CHAGOYA, SERGIO
CASTANON and NICOLAS CASTANON


By: /s/ Alejandro Caffarelli
      Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of the attached document, **Plaintiffs' Notice of Voluntary Dismissal**, to the parties listed below by U.S. Mail on June 25, 2015.

NEW CHICAGO WHOLESALE BAKERY INC
c/o Juliana Achimas -Registered Agent
795 Touhy Avenue
Elk Grove Village, IL 60007

Juliana Achimas, individually
795 Touhy Avenue
Elk Grove Village, IL 60007

/s/ Alejandro Caffarelli
One of Plaintiffs' attorneys